UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 08mj1160 |
| v. | ) ) | |
| MARKO GOMEZ-CANCINO, | ) ) | |
| Defendant. | ) ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Supplemental Memorandum has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  May 14, 2008          /s/ John C. Ellis, Jr.
JOHN C. ELLIS, JR.
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
john_ellis@fd.org